# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1743
_____

United States of America

*Plaintiff - Appellee*

v.

Matthew Jay Garcia

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of North Dakota - Eastern
_____

Submitted: December 22, 2021
Filed: December 28, 2021
[Unpublished]
_____

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Matthew Garcia appeals after the district court[1] revoked his supervised release and sentenced him to 12 months in prison and 12 months of supervised release. His

_____

[1]The Honorable Peter D. Welte, Chief Judge, United States District Court for the District of North Dakota.

counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Garcia. The sentence was within the advisory Guidelines range, and below the statutory limit, <u>see</u> 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 5 years for Class A felony); 21 U.S.C. § 841(b)(1)(A) (maximum supervised release term is life). It properly considered the sentencing factors and did not commit a clear error of judgment in weighing them. *See United States v. Miller,* 557 F.3d 910, 915-18 (8th Cir. 2009); *see also United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____